UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

----------------------------------------x
:
IN RE MICROSOFT CORP.                   :
ANTITRUST LITIGATION                    :
                                        :   MDL No. 1332
This Document Relates To:               :   Hon. J. Frederick Motz
                                        :
*Christine Barton* v. *Microsoft Corp.* (No. JFM-02-3742)  :
*Joey Bruce* v. *Microsoft Corp.* (No. JFM-02-3739)        :
*Karl Green* v. *Microsoft Corp.* (No. JFM-02-3743)        :
*Renae Lucas* v. *Microsoft Corp.* (No. JFM-02-3741)       :
*David Perry* v. *Microsoft Corp.* (No. JFM-02-3740)       :
----------------------------------------x


**MICROSOFT'S MOTION TO DISMISS FIVE COMPLAINTS
ASSERTING MISSISSIPPI STATE-LAW CLAIMS**


Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Microsoft Corporation moves this Court for an order dismissing the following complaints in their entirety: *Christine Barton* v. *Microsoft Corp.*, (No. JFM-02-3742), *Joey Bruce* v. *Microsoft Corp.* (No. JFM-02-3739), *Karl Green* v. *Microsoft Corp.*, (JFM-02-3743), *Renae Lucas* v. *Microsoft Corp.*, (No. JFM-02-3741), and *David Perry* v. *Microsoft Corp.* (No. JFM-02-3740).

The reasons for this motion are set forth in Microsoft's Memorandum in Support of Its Motion to Dismiss Five Complaints Asserting Mississippi State-Law Claims.

September 2, 2003

| | |
|---|---|
| *Of Counsel*: | Respectfully submitted, |
| Charles B. Casper<br>MONTGOMERY, McCRACKEN,<br>  WALKER & RHOADS, LLP<br>123 South Broad Street<br>Philadelphia, Pennsylvania 19109<br>(215) 772-1500 | By: /s/ David B. Tulchin<br>    David B. Tulchin<br>    Joseph E. Neuhaus<br>    SULLIVAN & CROMWELL LLP<br>    125 Broad Street<br>    New York, New York 10004<br>    (212) 558-4000 |
| Richard J. Wallis<br>Steven J. Aeschbacher<br>MICROSOFT CORPORATION<br>One Microsoft Way<br>Redmond, Washington 98052<br>(425) 936-8080 | Michael F. Brockmeyer<br>  (Fed. Bar No. 02307)<br>Jeffrey D. Herschman<br>  (Fed. Bar No. 00101)<br>PIPER RUDNICK LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>(410) 580-3000 |
| *Attorneys for Microsoft Corporation* | |

## CERTIFICATE OF SERVICE

I, Jeffrey D. Herschman, hereby certify that a true and correct copy of the attached Microsoft's Motion to Dismiss Five Complaints Asserting Mississippi State-Law Claims was served on September 2, 2003 upon the following by United States mail, first class, postage prepaid:

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

Brent Hazzard
Hazzard Law
134 East Amite Street
Jackson, Mississippi 39201

Christopher W. Cofer
Cofer & Associates, P.A.
2506 Lakeland Drive
Suite 600
Jackson, Mississippi 39232

Jeffrey D. Herschman